179 So.2d 16

**Mrs. Marcelle BALL et al.**

**v.**

**MARQUETTE CASUALTY COMPANY and Clifford Wormser, Sr.**

**No. 47907.**

Oct. 21, 1965.

In re: Clifford Wormser, Sr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 176 So.2d 799.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.